# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SUSAN FLETCHER, § § | |
| Plaintiff, § § | CIVIL ACTION NO. 4:19-CV-00925-RWS |
| v. § § | |
| UNITED STATES POSTAL SERVICE, § § | |
| Defendant. § § | |

## **ORDER**

Based on the parties' representations in the Joint Status Report (Docket No. 16), it is hereby **ORDERED** that the May 28, 2020, status conference is **CANCELLED**, that the stay in this case shall remain in place, and that Defendant shall submit a status report no later than **90** days from the date of this order to keep the Court informed of developments.

**So ORDERED and SIGNED this 7th day of May, 2020.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE