**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **SUSAN FLETCHER,** | |
| **Plaintiff,** | |
| | **Case No. 4:19-cv-00925-RWS** |
| **v.** | |
| **UNITED STATES POSTAL SERVICE,** | |
| **Defendant.** | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Susan Fletcher hereby voluntarily dismisses without prejudice the above-captioned action brought against Defendant United States Postal Service ("USPS").

Because USPS has not served an answer or filed a motion for summary judgment, this matter may be dismissed without an order of the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Each party shall bear its own attorneys' fees and costs incurred in connection with this case.

Dated: July 21, 2020

Respectfully submitted,

*/s/ Chad B. Walker*
Chad B. Walker
TX Bar No. 24056484
cbwalker@winston.com
**Winston & Strawn LLP**
2121 North Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500 – Telephone
(214) 453-6400 – Facsimile

*/s/ Clyde M. Siebman*
Clyde M. Siebman
TX Bar No. 18341600
**SIEBMAN FORREST BURG & SMITH, LLP**
Federal Courthouse Square
300 N. Travis
Sherman, TX 75090
Tel: (903) 870-0070
Fax: (903) 870-0066
clydesiebman@siebman.com

*/s/ Kelly Shackelford*
Kelly Shackelford
TX Bar No. 18070950
kshackelford@firstliberty.org
Hiram Sasser
TX Bar No. 24039157
hsasser@firstliberty.org
Jeremy Dys
TX Bar No. 24096415
jdys@firstliberty.org
**First Liberty Institute**
2001 W Plano Pkwy
Plano, TX 75075
Tel:  (972) 941-4444
Fax: (972) 941-4457

*Attorneys for Plaintiff Susan Fletcher*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via electronic filing on July 21, 2020.

*/s/ Chad B. Walker*
Chad B. Walker