**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SUSAN FLETCHER, § § Plaintiff, § § v. § § UNITED STATES POSTAL SERVICE, § § Defendant. § | CIVIL ACTION NO.  4:19-CV-00925-RWS |

## **ORDER**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.  Each party shall bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 24th day of July, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE