**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| SUSAN FLETCHER, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNITED STATES POSTAL SERVICE, § <br> § <br> Defendant. § | CIVIL ACTION NO. 4:19-CV-00925-RWS |

## ORDER

Pursuant to the Court's order dismissing this case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 24th day of July, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE